

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2022

No. 04-21-00494-CR

Harvey **GUTIERREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 620144
Honorable Mary D. Roman, Judge Presiding

# O R D E R

On May 2, 2022, we ordered the court reporter to file a supplemental reporter's record containing State's Exhibit No. 1 and State's Exhibit No. 2 from the trial in this case. On May 3, 2022, the court reporter notified this court that: (1) the exhibits are currently in the possession of the Bexar County Clerk's Office; and (2) the clerk's office informed her it could not release the exhibits to her without a direct request from this court. We therefore **ORDER** the Bexar County Clerk's Office to release State's Exhibit No. 1 and State's Exhibit No. 2 to court reporter Karen Kane. We further **ORDER** Ms. Kane to file those exhibits as a supplemental reporter's record within five days of the date the county clerk releases the exhibits to her.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2022.



Michael A. Cruz,
Clerk of Court